# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

In re:

  RALPH LAURANCE PETERSON

  Debtor(s)

Case No. 10-44157-CN 13

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Martha G. Bronitsky, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/14/2010.

2) The plan was confirmed on 06/17/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 04/21/2015.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $41,000.00.

10) Amount of unsecured claims discharged without payment: $339,742.83.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $150,000.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$150,000.00**

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $7,455.29 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$11,455.29**

Attorney fees paid and disclosed by debtor: $2,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLIANT CREDIT UNION | Secured | 1,006.00 | 1,113.22 | 1,113.22 | 1,113.22 | 5.57 |
| BECKET AND LEE LLP | Unsecured | NA | 1,000.19 | 1,000.19 | 19.41 | 0.00 |
| BECKET AND LEE LLP | Unsecured | NA | 2,498.68 | 2,498.68 | 48.50 | 0.00 |
| CALIFORNIA SECURE FUNDING | Secured | 3,200,000.00 | NA | NA | 0.00 | 0.00 |
| CHASE AUTO FINANCE | Secured | 11,358.29 | 10,880.56 | 10,880.56 | 10,880.56 | 1,082.33 |
| City of Oakland | Priority | 1,100.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING C/O RESURGEN | Unsecured | NA | 1,539.23 | 1,539.23 | 29.88 | 0.00 |
| FIA CARD SRV/BK OF AMER/MBNA | Unsecured | 8,000.00 | 8,206.66 | 8,206.66 | 159.29 | 0.00 |
| FRANCHISE TAX BOARD | Unsecured | NA | 1,807.74 | 1,807.74 | 35.09 | 0.00 |
| FRANCHISE TAX BOARD | Priority | 16,000.00 | 13,385.88 | 13,385.88 | 13,385.88 | 0.00 |
| FRANCHISE TAX BOARD | Secured | NA | 3,600.14 | 3,600.14 | 3,600.14 | 1,497.76 |
| JP MORGAN CHASE BANK NA | Secured | 241,442.00 | NA | NA | 0.00 | 0.00 |
| LOUIS GREER | Secured | 125,000.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | NA | 3,090.99 | 3,090.99 | 3,090.99 | 130.70 |
| PLM LENDER SERVICES INC | Secured | 106,000.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 4,000.00 | 1,200.00 | 1,200.00 | 23.29 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING | Secured | 2,200,000.00 | 2,208,748.34 | 0.00 | 0.00 | 0.00 |
| UCHENNA OKORONKWO | Unsecured | 70,000.00 | NA | NA | 0.00 | 0.00 |
| UNITED STATES TREASURY | Priority | 100,000.00 | 98,457.12 | 98,457.12 | 98,457.12 | 0.00 |
| UNITED STATES TREASURY | Unsecured | NA | 111,118.91 | 111,118.91 | 2,157.49 | 0.00 |
| US BANK | Unsecured | 6,000.00 | 6,004.72 | 6,004.72 | 116.55 | 0.00 |
| US BANK | Unsecured | 41,883.00 | 41,696.04 | 41,696.04 | 809.32 | 0.00 |
| VANDA LLC C/O WEINSTEIN & RILEY | Unsecured | 87,000.00 | 85,271.10 | 85,271.10 | 1,655.11 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | 12,700.00 | 12,700.00 | 12,700.00 | 246.51 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $3,090.99 | $3,090.99 | $130.70 |
| Debt Secured by Vehicle | $11,993.78 | $11,993.78 | $1,087.90 |
| All Other Secured | $3,600.14 | $3,600.14 | $1,497.76 |
| **TOTAL SECURED:** | **$18,684.91** | **$18,684.91** | **$2,716.36** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $111,843.00 | $111,843.00 | $0.00 |
| **TOTAL PRIORITY**: | **$111,843.00** | **$111,843.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$273,043.27** | **$5,300.44** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $11,455.29 |
| Disbursements to Creditors | $138,544.71 |
| | |
| **TOTAL DISBURSEMENTS** : | **$150,000.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/03/2015        By: /s/ Martha G. Bronitsky

Trustee

STATEMENT: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 3rd day of September, 2015.


RALPH LAURANCE PETERSON             MAX CLINE ATTY
PO BOX 5518                         1970 BROADWAY #550
OAKLAND, CA  94605                  OAKLAND, CA  94612

ELECTRONIC SERVICE - United States Trustee


Date:  September 03, 2015                    /s/ Trustee Martha G. Bronitsky
                                             _____
                                             Trustee Martha G. Bronitsky
                                             Chapter 13 Trustee
                                             PO Box 5004
                                             Hayward, CA  94540